# Third District Court of Appeal
## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-212
Lower Tribunal Nos. F05-20333; F05-20452

_____

**Terrell D. Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Terrell D. Brown, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.